UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                     CASE NO. 09-32603-PNS3
                                           CHAPTER 13
MICHAEL STANLEY BRYANT
PAMELA ANN BRYANT

            Debtor(s)          /

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: EMERGENCY MEDICINE SPECIALISTS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 419341 in the amount of 32.87 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>           /s/Leigh D. Hart or
>           /s/William J. Miller, Jr.
>           _____
>           OFFICE OF THE CHAPTER 13 TRUSTEE
>           POST OFFICE BOX 646
>           TALLAHASSEE, FL 32302
>           ldhecf@earthlink.net
>           (850) 681-2734 "Telephone"
>           (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MICHAEL STANLEY BRYANT<br>PAMELA ANN BRYANT<br>5668 RIDGE AVE<br>MILTON, FL 32583 | EMERGENCY MEDICINE SPECIALISTS<br>2114 AIRPORT BLVD STE 1950<br>PENSACOLA, FL 32504 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>           /s/Leigh D. Hart or
>           /s/William J. Miller, Jr.
>           _____
>           OFFICE OF CHAPTER 13 TRUSTEE

8/31/2011  1:29 pm / CR_213