**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:  CASE NO. 09-32603-PNS3
  CHAPTER 13
MICHAEL STANLEY BRYANT
PAMELA ANN BRYANT

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: EMERGENCY MEDICINE SPECIALISTS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 422801 in the amount of 20.75 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MICHAEL STANLEY BRYANT<br>PAMELA ANN BRYANT<br>5668 RIDGE AVE<br>MILTON, FL 32583 | EMERGENCY MEDICINE SPECIALISTS<br>2114 AIRPORT BLVD STE 1950<br>PENSACOLA, FL 32504 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
10/28/2011  1:25 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE